## (July 18, 1968)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. ROBERT BOWERMAN, Appellant.— Judgment appealed from unanimously affirmed. The appeal in this case appeared upon the calendar of March 31, 1966. The issue of the voluntariness of defendant's admissions having been raised, the case was remanded to the Supreme Court, New York County, for a hearing to determine the issue of voluntariness (*Jackson* v. *Denno*, 378 U. S. 368; *People* v. *Huntley*, 15 N Y 2d 72). Determination of the appeal was held in abeyance. The Justice before whom the case was tried filed a decision, with findings of fact and conclusions of law, holding that the admissions were entirely voluntary. We agree and would affirm the judgment of conviction. Concur — Botein, P. J., Rabin, Eager and Steuer, JJ.

■ In the Matter of the Accounting of CHEMICAL BANK NEW YORK TRUST COMPANY, Surviving Cotrustee of the Trust under the Will of CHANCE M. VOUGHT, Deceased. HAROLD BROWN et al., Appellants-Respondents; FREDERICK SIEGMUND, as Special Guardian for GAY VOUGHT and Another, Respondent-Appellant; CHEMICAL BANK NEW YORK TRUST COMPANY, Surviving Cotrustee, et al., Respondents.— We concur in the result reached by the learned court below and unanimously affirm, with $50 costs and disbursements to all parties filing briefs, payable out of the estate. Concur — Botein, P. J., Stevens, Eager, Capozzoli and Tilzer, JJ. [57 Misc 2d 396.]